No. —, original. Ex PARTE VITALE. Submitted February 25, 1931. Decided March 2, 1931. Motion for leave to file petition for writ of habeas corpus and for leave to proceed *in forma pauperis* denied. *Mr. Frank. J. Vitale, pro se.*

No. —, original. Ex PARTE BENJAMIN. Submitted February 25, 1931. Decided March 2, 1931. Motion for leave to file petition for writ of habeas corpus and for leave to proceed *in forma pauperis* denied. *Mr. Jehudah Benjamin, pro se.*

No. —, original. Ex PARTE DIAL. Submitted February 25, 1931. Decided March 2, 1931. Motion for leave to file petition for writ of mandamus denied. *Mr. Frank Dial, pro se.*

No. 217. HARGIS, COMMISSIONER OF LABOR AND INDUSTRIAL INSPECTION, *v.* BRADFORD. Return to rule to show cause submitted February 25, 1931. Decided March 2, 1931. *Per Curiam:* Upon consideration of the return of the appellant to the rule issued January 19, 1931, to show cause why the interlocutory decree of the specially constituted District Court of the United States for the Western District of Missouri, entered herein March 15, 1930, should not be vacated and the cause remanded to that court with directions to dismiss the case as moot,